# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ECLIPSE AVIATION CORPORATION, et al., | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| JORGE MATA, AGUSTIN BUJAIDAR SOLIS, | ) | |
| GULFSTREAM NAUTICAL LLC, | ) | |
| OAKRIDGE AVIATION OF MONTANA, LLC, | ) | |
| MIKE ROMAN, IAN LLOYD, | ) | |
| JEAN-GEORGES SCHWARTZ, COASTJET | ) | |
| AIRCRADFT PTY LTD., AOELUS AVIATION | ) | |
| HOLDINGS, LLC, A.R. AIRWAYS, DIAMOND | ) | |
| ISLAND JET SERVICES LLC, NORTHWEST | ) | |
| TRUSTEE SERVICES, INC., JET-ALLIANCE | ) | |
| PARTNERS, LP, H&H COLOR LAB, INC., | ) | |
| BRADLEY D. HOWARD, SKY JET, LLC, | ) | |
| TRITON ONE LLC, EDWARD ARTHUR | ) | |
| GOODMAN, 3CV AVIATION LLC, | ) | |
| INTERMODAL AVIATION INC., | ) | |
| SONDHI CONSULTING SERVICES LLC, | ) | |
| PRIVATE AIR, LLC, JOHN D. HARKEY JR., | ) | |
| LANTECH LEASING LLC, AND | ) | |
| SHAUN HUGHES INHERITED ASSETS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. Case No. 08-51891 (MFW) |
| | ) | |
| JEOFFRY L. BURTCH, CHAPTER 7 TRUSTEE | ) | |
| OF ECLIPSE AVIATION CORPORATION, | ) | |
| ECLIPSE AVIATION CORPORATION; | ) | |
| KINGS ROAD INVESTMENTS, LTD., AND | ) | |
| JOHN DOES 1 THROUGH 1,000; | ) | |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES**
**OF CHAPTER 7 TRUSTEE AND ECLIPSE AVIATION CORPORATION**

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the estates of the above captioned debtors ("Eclipse" or the "Debtors"), hereby asserts his Answer and Affirmative Defenses to Jorge Mata, *et al.* ("Plaintiffs") Adversary Proceeding Complaint (the "Complaint"), individually and on behalf of Eclipse, as follows:

## I.   PRELIMINARY STATEMENT

1.      The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

## II.   JURISDICTION AND VENUE

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

## III.   PARTIES

6.      The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations..

7.      The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

8.      The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

9.      The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

10.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

11.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

12.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

13.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

14.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

15.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

16.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

17.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

18.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

19.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

20.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

21.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

22.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

23.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

24.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

25.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

26.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

27.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

28.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

29.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

30.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

31.     Admitted.

32.     Admitted.

33.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

**IV.     PROCEDURAL BACKGROUND**

34.     Admitted.

35.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

36.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

37.     Admitted.

38.     Admitted.

**V.     GENERAL ALLEGATIONS COMMON TO ALL COUNTS**

**A.     THE DEBTOR**

39.     Admitted.

40.     Admitted.

41.     Admitted.

**B.     JORGE MATA**

42.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

43.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

44.     Admitted only that the Mata APA[1] speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Complaint.

45.     Admitted only that the Mata APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

46.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

47.     Admitted only that the Mata APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

48.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

49.     Admitted only that Exhibit A, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

### C.     AGUSTIN BUJAIDAR SOLIS

50.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

51.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

52.     Admitted only that the Solis APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

53.     Admitted only that the Solis APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

54.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

55.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

56.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

57.     Admitted only that Exhibit B, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

### D.     GULFSTREAM NAUTICAL LLC

58.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

59.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

60.     Admitted only that the Gulfstream APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

61.     Admitted only that the Gulfstream APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

62.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

63.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

64.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

65.     Admitted only that Exhibit C, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

**E.     OAKRIDGE AVIATION OF MONTANA, LLC**

66.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

67.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

68.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

69.     Admitted only that the Oakridge APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

70.     Admitted only that the Oakridge APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

71.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

72.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

73.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

74.     Admitted only that Exhibit D, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

**F.     MIKE ROMAN**

75.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

76.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

77.     Admitted only that the Roman APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

78.     Admitted only that the Roman APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

79.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

80.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

81.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

82.     Admitted only that Exhibit E, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

**G.     IAN LLOYD**

83.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

84.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

85.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

86.     Admitted only that the Lloyd APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

87.     Admitted only that the Lloyd APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

88.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

89.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

90.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

91.     Admitted only that Exhibit F, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

### H.     JEAN-GEORGES SCHWARTZ

92.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

93.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

94.     Admitted only that the Schwartz APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

95. Admitted only that the Schwartz APA speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

96. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

97. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

98. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

99. Admitted only that Exhibit G, if authenticated, speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## I.    COASTJET AIRCRAFT PTY LTD

100. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

101. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

102. Admitted only that the CoastJet APAs speak for themselves. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

103. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

104. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

105.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

106.     Admitted only that Exhibit H, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## J.       AEOLUS AVIATION HOLDINGS, LLC

107.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

108.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

109.     Admitted only that the Aeolus APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

110.     Admitted only that the Aeolus APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

111.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

112.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

113.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

114.     Admitted only that Exhibit I, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## K.     A.R. AIRWAYS

115.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

116.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

117.     Admitted only that the A.R. APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

118.     Admitted only that the A.R. APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

119.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

120.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

121.     Admitted only that Exhibit J, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## L.     DIAMOND ISLAND JET SERVICES LLC

122.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

123.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

124.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

125.     Admitted only that the Diamond APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

126.     Admitted only that the Diamond APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

127.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

128.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

129.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

130.     Admitted only that Exhibit K, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

### M.     NORTHWEST TRUSTEE SERVICES, INC.

131.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

132.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

133.     Admitted only that the Northwest APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

134.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

135.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

136.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

137.     Admitted only that Exhibit L, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## N.     JET-ALLIANCE PARTNERS, LP

138.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

139.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

140.     Admitted only that the Jet APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

141.     Admitted only that the Jet APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

142.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

143.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

144.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

145.     Admitted only that Exhibit M, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

### O.     H&H COLOR LAB, INC.

146.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

147.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

148.     Admitted only that the H&H APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

149.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

150.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

151.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

152.     Admitted only that Exhibit N, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

### P.     BRADLEY D. HOWARD

153.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

154.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

155.    Admitted only that the Howard APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

156.    Admitted only that the Howard APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

157.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

158.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

159.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

160.    Admitted only that Exhibit O, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## Q.    SKY JET, LLC

161.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

162.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

163.    Admitted only that the Sky Jet APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

164.     Admitted only that the Sky Jet APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

165.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

166.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

167.     Admitted only that Exhibit P, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## R.      TRITON ONE, LLC

168.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

169.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

170.     Admitted only that the Triton APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

171.     Admitted only that the Triton APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

172.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

173.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

174.     Admitted only that Exhibit Q, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## S.     EDWARD A. GOODMAN

175.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

176.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

177.     Admitted only that the Goodman APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

178.     Admitted only that the Goodman APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

179.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

180.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

181.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

182.     Admitted only that Exhibit R, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## T.    3CV AVIATION, LLC

183.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

184.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

185.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

186.    Admitted only that the 3CV APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

187.    Admitted only that the 3CV APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

188.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

189.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

190.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

191.    Admitted only that Exhibit S, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## U.    INTERMODAL AVIATION, INC.

192.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

193. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

194. Admitted only that the Intermodal APA speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

195. Admitted only that the Intermodal APA speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

196. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

197. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

198. Admitted only that Exhibit T, if authenticated, speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

### V. SONDHI CONSULTING SERVICES, LLC

199. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

200. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

201. Admitted only that the Sondhi APA speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

202. Admitted only that the Sondhi APA speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

203. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

204. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

205. Admitted only that Exhibit U, if authenticated, speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## W. PRIVATE AIR, LLC

206. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

207. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

208. Admitted only that the Private Air APA speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

209. Admitted only that the Private Air APA speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

210. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

211. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

212. Admitted only that Exhibit V, if authenticated, speaks for itself. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## X.      JOHN D. HARKEY, JR.

213.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

214.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

215.    Admitted only that the Harkey APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

216.    Admitted only that the Harkey APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

217.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

218.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

219.    Admitted only that Exhibit W, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## Y.      LANTECH LEASING LLC

220.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

221.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

222.    Admitted only that the Lantech APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

223.     Admitted only that the Lantech APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

224.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

225.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

226.     Admitted only that Exhibit X, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## Z.     SHAUN HUGHES, INHERITED ASSETS

227.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

228.     Admitted only that the Hughes APA speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

229.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

230.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

231.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

232.     Admitted only that Exhibit Y, if authenticated, speaks for itself.  The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

## AA. ADDITIONAL COMMON ALLEGATIONS

233.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

234.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

235.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

236.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

237.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

## COUNT I

**DECLARATION THAT THE MEMBERS OF
THE PRODUCTION LINE GROUP HOLD
SPECIAL PROPERTY RIGHTS AND
INTERESTS IN THE AIRPLANES**
**(against all Defendants)**
**(28 U.S.C. §2201 and N.M. Stat. §55-2-501)**

238.     The Trustee incorporates by reference his responses to paragraphs 1 through 237 of the Complaint as though set forth fully herein.

239.     Denied as conclusions of law.

240.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

241.     Denied as a conclusion of law.

## COUNT II

**THE PRODUCTION LINE GROUP ARE
ENTITLED TO REPLEVY THE AIRPLANES**
**(against all Defendants)**
**(N.M. Stat. §§55-2-711(2)(b) & 55-2-716(3))**

242.     The Trustee incorporates by reference his responses to paragraphs 1 through 241 of the Complaint as though set forth fully herein.

243.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

244.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

245.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

246.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

## COUNT III

**THE PRODUCTION LINE GROUP ARE
ENTITLED TO SPECIFIC PERFORMANCE
(against all Defendants)
(N.M. Stat. §§55-2-711(2)(b) & 55-2-716(1))**

247. The Trustee incorporates by reference his responses to paragraphs 1 through 246 of the Complaint as though set forth fully herein.

248. Denied as a conclusion of law.

249. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

## COUNT IV

**THE PRODUCTION LINE GROUP ARE ENTITLED
TO RECOVERY OF THE AIRPLANES
(against all Defendants)
(N.M. Stat. §55-2-502)**

250. The Trustee incorporates by reference his responses to paragraphs 1 through 249 of the Complaint as though set forth fully herein.

251. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

252. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

253.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

## COUNT V

### THE PRODUCTION LINE GROUP POSSESS AN
### EQUITABLE LIEN OVER THE AIRPLANES
**(against all Defendants)**
**(Common Law)**

254.    The Trustee incorporates by reference his responses to paragraphs 1 through 253 of the Complaint as though set forth fully herein.

255.    Denied as a conclusion of law.

256.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

257.    The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

## COUNT VI

### DECLARATION THAT THE PRODUCTION LINE
### GROUP'S PROPERTY INTERESTS IN THE AIRPLANES
### ARE SUPERIOR TO THE NOTEHOLDERS
**(against the Noteholders)**
**(N.M. Stat. §55-9-320(a))**

258.    The Trustee incorporates by reference his responses to paragraphs 1 through 257 of the Complaint as though set forth fully herein.

259. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

260. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

261. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

262. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

263. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

264. Denied as a conclusion of law.

## COUNT VII

**THE PRODUCTION LINE GROUP ARE
ENTITLED TO HAVE THE AIRPLANES
PLACED IN A CONSTRUCTIVE TRUST**
**(against all Defendants)**
**(Common Law)**

265. The Trustee incorporates by reference his responses to paragraphs 1 through 264 of the Complaint as though set forth fully herein.

266. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

267. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

268. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

269. Denied as a conclusion of law.

270. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations. To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

271. Denied as a conclusion of law.

## COUNT VIII

## DECLARATION THAT ONE OR MORE AIRPLANES ARE NOT PROPERTY OF THE ESTATE
**(against all Defendants)**
**(Bill of Sale)**
**(28 U.S.C. §2201 & 11 U.S.C. §541)**

272. The Trustee incorporates by reference his responses to paragraphs 1 through 271 of the Complaint as though set forth fully herein.

273. The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.

274. Denied as a conclusion of law.

275.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

276.     Denied as a conclusion of law.

## COUNT IX

### DECLARATION THAT ONE OR MORE AIRPLANES ARE NOT PROPERTY OF THE ESTATE
**(against all Defendants)**
**(Special Property Interest)**
**(28 U.S.C. §2201 & 11 U.S.C. §541)**

277.     The Trustee incorporates by reference his responses to paragraphs 1 through 276 of the Complaint as though set forth fully herein.

278.     Denied as a conclusion of law.

279.     Denied as a conclusion of law.

280.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

281.     Denied as a conclusion of law.

## COUNT X

### DECLARATION THAT ONE OR MORE AIRPLANES ARE NOT PROPERTY OF THE ESTATE
**(against all Defendants)**
**(Constructive Trust)**
**(28 U.S.C. §2201 & 11 U.S.C. §541)**

282.     The Trustee incorporates by reference his responses to paragraphs 1 through 281 of the Complaint as though set forth fully herein.

283.     Denied as a conclusion of law.

284.     Denied as a conclusion of law.

285.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

286.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

287.     Denied as a conclusion of law.

## COUNT XI

**DECLARATION THAT ONE OR MORE AIRPLANES MAY
NOT BE SOLD UNDER 11 U.S.C. §363(B)
(against all Defendants)
(28 U.S.C. §2201 & 11 U.S.C. §§363 & 541)**

288.     The Trustee incorporates by reference his responses to paragraphs 1 through 287 of the Complaint as though set forth fully herein.

289.     Denied as a conclusion of law.

290.     Denied as a conclusion of law.

291.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

292.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

293.     Denied as a conclusion of law.

## COUNT XII

**DECLARATION THAT ONE OR MORE AIRPLANES MAY
NOT BE SOLD FREE AND CLEAR OF INTERESTS
UNDER 11 U.S.C. §363(F)
(against all Defendants)
(Equitable Rights not Interests)
(28 U.S.C. §2201 & 11 U.S.C. §363(f))**

294.     The Trustee incorporates by reference his responses to paragraphs 1 through 293 of the Complaint as though set forth fully herein.

295.     Denied as conclusions of law.

296.     Denied as a conclusion of law.

297.     Denied as a conclusion of law.

298.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

299.     The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

300.     Denied as conclusions of law.

## COUNT XIII

**DECLARATION THAT ONE OR MORE AIRPLANES MAY
NOT BE SOLD FREE AND CLEAR OF INTERESTS
UNDER 11 U.S.C. §363(F)
(against all Defendants)
(Predicates Not Met)
(28 U.S.C. §2201 & 11 U.S.C. §363(f))**

301.     The Trustee incorporates by reference his responses to paragraphs 1 through 300 of the Complaint as though set forth fully herein.

302.	Denied as a conclusion of law.

303.	Denied as a conclusion of law.

304.	The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

305.	Denied as a conclusion of law.

306.	The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

307.	Denied as conclusions of law.

308.	Denied as a conclusion of law.

309.	The Trustee is without sufficient information to admit or deny the allegations and therefore denies the allegations.  To the extent that any remaining allegations call for conclusions of law, the Trustee denies.

310.	Denied as a conclusion of law.

## AFFIRMATIVE DEFENSES OF CHAPTER 7 TRUSTEE

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim in whole or in part upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Declaratory action is not proper because declaratory judgment will not remove uncertainty between the parties.

## THIRD AFFIRMATIVE DEFENSE

This lawsuit should be dismissed because it is procedurally improper and not ripe for the court's adjudication.

## FOURTH AFFIRMATIVE DEFENSE

To the extent that any Plaintiff is entitled to recover any amount from the Chapter 7 estates, then the Chapter 7 estates are entitled to set off and/or recoupment of any amount previously paid to a Plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

All or some of Plaintiffs' claims are barred or limited under the applicable statute of limitations and/or the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, on the grounds of waiver, acquiesence and/or estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of frauds.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' contract claims are barred by the doctrine of impossibility.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, in part, are barred by orders of the Bankruptcy Court, including without limitation, the Order Authorizing Limited Use of Cash Collateral and Granting Adequate Protection, entered on December 23, 2008 and modified on December 29, 2008. [Main Case, Docket No. 228].

The Trustee reserves the right to amend his Answer to include any other affirmative defenses that may become applicable as discovery and litigation proceed.

Dated: September 8, 2009
      Wilmington, Delaware

COOCH AND TAYLOR, P.A.

   /s/ M. Claire McCudden
M. Claire McCudden (DE No. 5036)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
Tele: (302) 984-3800
Fax:  (302) 984-3939
Email: cmccudden@coochtaylor.com

Counsel to the Chapter 7 Trustee